# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

CASE NO. 3:16-CV-312



_____Kevin Doby_____

Plaintiff,

vs.

COMPLAINT

_____Von Beaver_____
_____Mary Kenney_____

_____

_____

_____

Defendant(s).

## A. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. Section 2000e(5). Equitable and other relief are also sought under 42 U.S.C. 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. Sections 1331, 1343 and 42 U.S.C. Sections 1981 et seq. Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C. Sections 626(c)(1) and 626(e) and appropriate relief is also sought.

## B. PARTIES

1. Name of Plaintiff: Kevin Doby
   Address: 3109 Passour Ridge Ln
   Charlotte, NC 28269

2. Name of first Defendant: Von Beaver
   Address: 1836 Lindbergh St
   Charlotte, NC 28208

3. Name of second Defendant: Mary Kenney
   Address: 6704 Industrial Road
   Springfield, VA 22151

4. Name of third Defendant: _____
   Address: _____

(Use additional sheets if necessary.)

## C. NATURE OF CASE

1. The address at which I sought employment or was employed by the defendant(s) is:

   1836 Lindbergh St. Charlotte, NC 28208

2. The discriminatory acts occurred on or about:

   June 30, 2015, July 7, 2015 until termination (Month, Day, Year)

3. I filed charges with the Equal Employment Opportunity Commission regarding the defendant's discriminatory conduct on or about:

March 04, 2016 _____(Month, Day, Year)

4. The Equal Employment Opportunity Commission sent the attached "Notice of Right to Sue" which I received on:

March 11, 2016 _____(Month, Day, Year)

5. The discriminatory acts that are the basis of this suit are:
   a. _____ Failure to employ me.
   b. _____ Failure to promote me.
   c. __✓__ Termination of my employment.
   d. _____ Demotion.
   e. _____ Denied equal pay/work.
   f. _____ Sexual harassment.
   g. _____ General harassment.
   h. __✓__ Other acts (Be specific: Attach an additional sheet if necessary)

   Retaliation from a previous workers compensation claim filed November 05, 2014.

   _____

   _____

6. Defendant's conduct is discriminatory with respect to:
   a. __✓__ my race
   b. __✓__ my color
   c. _____ my sex
   d. _____ my religion
   e. _____ my national origin
   f. _____ my age

7. I believe that the defendant is still committing these acts against me.

   YES _____          NO __✓__

## D. CAUSE OF ACTION

1. I allege that the defendant has discriminated against me and that the following facts from the basis for my allegations:

Count 1: Denied my right to report an injury to my shoulder or seek treatment through Workers' Compensation.

Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

On June 30, 2015 at approx. 9:19 A.m I contacted Diane Jacobs-HR and Von Beaver-Manager at approx. 10:20 A.m. about pain in my shoulder and being unable to work and wanting to make a report and was not allowed to.

Count 2: Placed on Leave without Pay, Terminated

Supporting Facts:
On July 7, 2015 after reporting to work I was informed by Asst. Manager Ryan Aybee at approx. 4:30 P.m that he was instructed by management to tell me that unless I had a release form from a doctor  see attachment

## E. INJURY

How have you been injured by the actions of the defendant(s)?

Case 3:16-cv-00312-GCM    Document 1    Filed 06/09/16    Page 4 of 10

Count 2 Supporting Facts continued
I would not be allowed to work, to which I responded
that because my situation had not been treated as a
workers comp issue I had no restrictions and I was
still not allowed to return.

July 16, 2015 I contacted HR. Diane Jacobs at approx. 2:30 P.m.
as to my work status and to see how my shoulder injury
would be addressed and received no response.

July 17, 2015 I received an overnight letter from Debra
Wisner- Manager, Leave Administration stating that if I
didn't provide medical documentation for days absent it
would result in disciplinary action. I attempted to
contact Debra Wisner at 9:40 A.m by calling 410-584-9800
and received no answer, left a voice message detailing
who I was and how she could contact me but received
no response.

July 17, 2015 at approx. 10:03 A.m I contacted Mary Kenney
Regional HR manager concerning the letter received and
how my situation was being handled, at approx. 2:47 P.m.
She responded stating that she would have someone

assist me and that never happened

August 27, 2015 I contacted Mary Kenneely at approx. 10:52 A.M. after being out of work for over a month not receiving any pay or resolution for my injury to my shoulder and being frustrated over the treatment of my situation. At approx. 11:08 she responded by asking my name and the branch I worked for.

September 11, 2015 I received an overnight letter from Debra Wisner Manager, Leave Administration stating that they had not heard from me and I failed to keep in touch or provide requested documentation. They concluded I had no intentions of returning to my position and removed me from the rolls immediately. Statements in the letter were not true in it's entirety because I had been contacting HR and management to try and remedy the situation and not be terminated I feel that HR and management failed to respond to my request.

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?  YES _____          NO __✓__

If your answer is "YES", describe each lawsuit.  (If there are more than one lawsuits, describe additional lawsuits on additional separate pages, using the same outline.)

1.  Parties to previous lawsuits:

Plaintiff(s):_____

Defendant(s):_____

2.  Name of court and case or docket number:_____

_____

3.  Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

4.  Issues raised:

_____

_____

_____

5.  When did you file the lawsuit? _____(Date: Month/Year)

6.  When was it (will it be) decided? _____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?

YES __✓__          NO _____

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

Sought relief through the EEOC and received a notice of the right to sue.

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

Compensation for being wrongfully terminated as well as for Infliction of Emotional Distress

## JURY TRIAL REQUESTED

YES __√__       NO _____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at __Charlotte__ on __06/09/2016__ .

(Location)                                    (Date)

_Kevin Roby_

Signature

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | **430-2016-00910** |
| | and EEOC |

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Kevin Doby** | **(252) 529-5160** | **03-16-1969** |

| Street Address | City, State and ZIP Code |
|---|---|
| **3109 Passour Ridge Lane** | **Charlotte, NC 28269** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **DUNBAR ARMORED INC** | **500 or More** | **(703) 642-2880** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1836 Lindbergh St, Ste 100** | **Charlotte, NC 28208** |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest / Latest |

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN

☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

Earliest **09-11-2015**  Latest **09-11-2015**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I.    On September 4, 2013, I was hired by the above employer as a Driver/Guard.  In October 2014, I suffered an on-the-job injury and was approved for Worker's Compensation benefits.   I returned to work in May 2015 and, on June 30, 2015, was forced to go out on medical leave again due to constant pain.  In July 2015, I was placed on a leave of absence, without pay.  On September 11, 2015, I was discharged.

II.    On September 11, 2015, I received a letter from Human Resources informing me that I was discharged for attendance.

III.  I believe I have been subjected to retaliation and discriminated against because of my race (Black/African American), in violation of Title VII of the Civil Rights Act of 1964, as amended, and in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Mar 04, 2016** ___*Kevin Doby*___ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date          *Charging Party Signature* | |

RECEIVED 2016 MAR -4 AM 9:46 CHARLOTTE US EEOC DIST OFC

Case 3:16-cv-00312-GCM    Document 1    Filed 06/09/16    Page 9 of 10

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Kevin Doby<br>3109 Passour Ridge Lane<br>Charlotte, NC 28269 | From: Charlotte District Office<br>129 W. Trade Street<br>Suite 400<br>Charlotte, NC 28202 |
|---|---|

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |

| EEOC Charge No. | EEOC Representative<br>**Christine Smith,**<br>**Investigator** | Telephone No. |
|---|---|---|
| **430-2016-00910** | | **(704) 954-6465** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**Reuben Daniels, Jr.,**
Director

**MAR 11 2016**
(Date Mailed)

Enclosures(s)

cc: **Mary Kenney, Regional Human Resources Manager**
**DUNBAR ARMORED INC.**
**1836 Lindbergh St Ste 100**
**Charlotte, NC 28208**