IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-312-GCM

| KEVIN DOBY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| VON BEAVER, *et al,* | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Emmett F. McGee, Jr,** filed August 10, 2016 [doc. # 7].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. McGee is admitted to appear before this court *pro hac vice* on behalf of Defendant, Dunbar Armored, Inc..

**IT IS SO ORDERED.**

Signed: August 11, 2016

Graham C. Mullen
United States District Judge