# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:16-CV-312-GCM

| | | | |
|---|---|---|---|
| **KEVIN DOBY,** | | ) | |
| | **Plaintiff,** | ) | |
| **v.** | | ) | **ORDER** |
| | | ) | |
| **VON BEAVER,** *et al,* | | ) | |
| | **Defendant.** | ) | |
| | | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Jill S. Distler,** filed August 10, 2016 [doc. # 8].

      Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

      In accordance with Local Rule 83.1 (B), Ms. Distler is admitted to appear before this court *pro hac vice* on behalf of Defendant, Dunbar Armored, Inc..

      **IT IS SO ORDERED.**

Signed: August 11, 2016

Graham C. Mullen
United States District Judge